UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND

Form D to Appendix IX

------------------------------------------------------ x

In re: Janet Peters                                  :
                                                     :       BK No. 22-10469
                                                     :       Chapter 13
                                Debtor(s)             :

------------------------------------------------------ x

## PROPOSED LOAN MODIFICATION AGREEMENT

Now comes the debtor(s), Janet Peters and Creditor, Shellpoint
in the above-reference matter and propose a loan modification agreement regarding the
debtor's property located at: 98 Ferry St, Central Falls, RI as follows:

| Current Terms | | Proposed Modified Terms | |
|---|---|---|---|
| Current UPB | $ 122,533.25 | Modified UPB | $ 279,674.70 |
| Current Maturity Date | $ 1.1.37 | Modified Mortgage Term | $ 21.63 |
| Current Interest Rate | $ 8.250% | Interest Rate | $ 3.5% |
| Current Payment Due Date | $ 1st | Post Modification Due Date | $ 2.1.23 |
| Current P & I | $ 1304.35 | Post Modification P & I | $ 1083.43 |
| Current Payment Amount | $ 2,467.91 | Estimated Modified Payment Amount | $ 1,861.36 |
| Amount Capitalizing | $ | Contribution Required | $ |

Signature of Debtor/Attorney

/s/ Robert Jacquard
Date: 3.22.23

Signature of Creditor/Attorney

/s/ Lynda Laing
Date: 3.22.23